IN RE: Henderson, Norris; — Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. E, No. 250-716; to the Court of Appeal, Fourth Circuit, No. 99-K-0393.
Denied. See State ex rel. Brown v. State, 99-1919 (La.11/24/99), 750 So.2d 982; State v. Gedric, 99-1213 (La.App. 1st Cir.6/3/99), 741 So.2d 849, writ denied, 99-1830 (La.11/5/99), 751 So.2d 239; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
MARCUS, J., not on panel.